UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80243-KAM

KATHY E. EMERY,

     Plaintiff-Appellant

v.

ALLIED PILOTS ASSOCIATION.

     Defendant-Appellee.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kathy E. Emery and Defendant Allied Pilots Association, hereby stipulate to the dismissal with prejudice all of Plaintiff's claims in this case, with each party to bear her or its own costs and attorneys' fees.

Dated: 8/13/2017

BY: *Kathy E Emery*
Kathy E. Emery
1050 N.E. 91st Street
Miami, FL 33138
(786) 558-4374

Dated: 8/25/17

BY: *[signature]*
Kathleen M. Phillips
Florida Bar No. 287873
PHILLIPS, RICHARD, & RIND, P.A.
9360 S.W. 72 Street, Suite 283
Miami, FL 33173
(305) 412-8322
(305) 412-8299 (fax)
kphillips@phillipsrichard.com

Steven K. Hoffman*
DC Bar No. 384696
Ryan E. Griffin*
DC Bar No. 1007078
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW,
Suite 950
Washington, DC 20036
(202) 496-0500
(202) 496-0555 (fax)
skhoffman@jamhoff.com
regriffin@jamhoff.com

Darin M. Dalmat*
DC Bar No. 97892
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 257-6028
(202) 496-0500 (fax)
dmdalmat@jamhoff.com
*Admitted *Pro Hac Vice*

Attorneys for Defendant