UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80243-CIV-MARRA/MATTHEWMAN

KATHY E. EMERY,

    Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal With Prejudice [DE 51].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby dismissed with prejudice. Fed. R. Civ. P. 41(a)(1). Each party is to bear her or its own costs and attorneys' fees. Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of August, 2017.

                                            _____
                                            KENNETH A. MARRA
                                            United States District Judge